## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NASHUA CORPORATION PENSION PLAN COMMITTEE, et al.<br><br>Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL ADVISORS, INC., AND JOHN DOES 1-20<br><br>Defendants. | Civil Action No. 08-CV-0265<br><br>**NASHUA PLAINTIFFS' RULE 7.1 STATEMENT** |

Pursuant to Fed. R. of Civ. P. 7.1, and Local Rule 7.1.1, Nashua Corporation Pension Plan Committee, John L. Patenaude, Margaret Callan, and Karen Adams, Trustees of the Nashua Corporation Hourly Employees Retirement Plan and the Nashua Corporation Retirement Plan for Salaried Employees ("Nashua Plaintiffs"), certify, by and through their undersigned attorneys Berman DeValerio Pease Tabacco Burt & Pucillo, that Nashua Corp. (a publicly-traded company listed on NASDAQ) has no parent corporation.  Nashua Corp. further discloses that more than 10% of its stock is owned by: 1) Gabelli Funds, LLC/GAMCO Asset Management, Inc., Gabelli Advisers, Inc./MJG Associates, Inc./GGCP, Inc./GAMCO Investors, Inc./Mario J. Gabelli, and by 2) Newcastle Partners, L.P./Newcastle Capital Group, L.L.C./Newcastle Capital Management, L.P./Mark E. Schwarz.

Date:   January 30, 2008                     Respectfully submitted,


                                             **BERMAN, DEVALERIO PEASE**
                                             **TABACCO BURT & PUCILLO**


                                             By:___/s/ Jeffrey C. Block___
                                             Jeffrey C. Block, Esq. (JCB 0387)
                                             Patrick T. Egan, Esq.
                                             Kristen D. Tremble, Esq.
                                             One Liberty Square
                                             Boston, Massachusetts 02109
                                             Telephone: (617) 542-8300
                                             Facsimile:  (617) 542-1194

                                             *Counsel for Nashua Corporation Pension*
                                             *Plan Committee, John L. Patenaude,*
                                             *Margaret Callan and Karen Adams*