UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NASHUA CORPORATION PENSION PLAN COMMITTEE, JOHN L. PATENAUDE, MARGARET CALLAN and KAREN ADAMS, TRUSTEES OF THE NASHUA CORPORATION HOURLY EMPLOYEES RETIREMENT PLAN and THE NASHUA CORPORATION RETIREMENT PLAN FOR SALARIED EMPLOYEES on behalf of the Plan, and all other plans similarly situated, and participants thereof,<br>　　　　　　　　　Plaintiffs,<br>v.<br>STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL ADVISORS, INC., AND JOHN DOES 1-20,<br>　　　　　　　　　Defendants. | 08 Civ. 0265 (unassigned) |

## NOTICE OF APPEARANCE OF JEROME C. KATZ

To the Clerk of the Court:

Please enter the appearance of Jerome C. Katz, Esq. of Ropes & Gray LLP, as counsel for the defendants State Street Bank and Trust Company and State Street Global Advisors, Inc., in the above-captioned matter.

February 1, 2008

Respectfully submitted,

/s/ Jerome C. Katz
Jerome C. Katz
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
jerome.katz@ropesgray.com
(212) 596-9000
*Attorneys for Defendants State Street Bank and Trust Company and State Street Global Advisors, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as on the Notice of Electronic Filing (NEF). At this time, I am not aware of any non-registered participants to whom paper copies must be sent.

/s/ Jerome C. Katz_____
Jerome C. Katz
