UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NASHUA CORPORATION PENSION PLAN COMMITTEE, JOHN L. PATENAUDE, MARGARET CALLAN and KAREN ADAMS, TRUSTEES OF THE NASHUA CORPORATION HOURLY EMPLOYEES RETIREMENT PLAN and THE NASHUA CORPORATION RETIREMENT PLAN FOR SALARIED EMPLOYEES on behalf of the Plan, and all other plans similarly situated, and participants thereof,<br><br>        Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL ADVISORS, INC., AND JOHN DOES 1-20,<br><br>        Defendants. | 08 Civ. 0265 (unassigned) |

## DEFENDANTS' DISCLOSURE PURSUANT TO FED. R. CIV. P. 7.1(a)

In accordance with Fed. R. Civ. P. 7.1(a), Defendants State Street Bank and Trust Company and State Street Global Advisors, Inc., by and through undersigned counsel, Ropes & Gray LLP, hereby disclose as follows:

1.    Defendants State Street Bank and Trust Company ("SSBT") and State Street Global Advisors, Inc., ("SSgA, Inc.") identify the following parent company: State Street Corporation.  State Street Global Advisors ("SSgA") is the investment management division of SSBT and not a separate corporate entity.

2.    State Street Corporation is a publicly held corporation that owns 10% or more of the stock in SSBT and SSgA, Inc. No other publicly held corporation holds ten percent or more of the stock in SSBT or SSgA, Inc.

Respectfully submitted,

ROPES & GRAY LLP

/s/ Jerome C. Katz
Jerome C. Katz
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York, 10036-8704
Tel: (212) 841-5700
Fax: (212) 841-5725
jerome.katz@ropesgray.com

*Attorneys for Defendants*
*State Street Bank and Trust Company and*
*State Street Global Advisors, Inc.*

Dated: February 1, 2008

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as on the Notice of Electronic Filing (NEF). At this time, I am not aware of any non-registered participants to whom paper copies must be sent.

/s/ Jerome C. Katz
Jerome C. Katz

2