UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED

08 FEB -1 PM 8:19

U.S. DISTRICT COURT
S.D.N.Y.

| | |
|---|---|
| NASHUA CORPORATION PENSION PLAN )<br>COMMITTEE, JOHN L. PATENAUDE, )<br>MARGARET CALLAN and KAREN ADAMS, )<br>TRUSTEES OF THE NASHUA )<br>CORPORATION HOURLY EMPLOYEES )<br>RETIREMENT PLAN and THE NASHUA )<br>CORPORATION RETIREMENT PLAN FOR )<br>SALARIED EMPLOYEES on behalf of the )<br>Plan, and all other plans similarly situated, and )<br>participants thereof, )<br>            Plaintiffs, )<br>v. )<br>STATE STREET BANK AND TRUST )<br>COMPANY, STATE STREET GLOBAL )<br>ADVISORS, INC., AND JOHN DOES 1-20, )<br>            Defendants. ) | 08 Civ. 0265 (unassigned)<br><br>**NOTICE OF MOTION<br>ADMISSION PRO HAC VICE** |

PLEASE TAKE NOTICE that, upon the annexed declaration of Jerome C. Katz,

executed on February 1, 2008, defendant State Street Bank and Trust Company and State Street

Global Advisors, Inc., ("State Street") will move this Court pursuant to Rule 1.3(c) of the Local

Civil Rules, that Harvey J. Wolkoff, Robert A. Skinner, and Olivia S. Choe who are members of

the bar of the Commonwealth of Massachusetts, and who are partners or associates of Ropes &

Gray LLP, be admitted *pro hac vice* for all purposes on behalf of defendants State Street Bank

and Trust Company and State Street Global Advisors, Inc. in this action.

Dated: New York, New York
            February 1, 2008

ROPES & GRAY LLP

By: _____
Jerome C. Katz
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
jerome.katz@ropesgray.com
(212) 596-9000

*Attorneys for Defendants State Street Bank
And Trust Company and State Street Global
Advisors, Inc.*

7292870_1.DOC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NASHUA CORPORATION PENSION PLAN COMMITTEE, JOHN L. PATENAUDE, MARGARET CALLAN and KAREN ADAMS, TRUSTEES OF THE NASHUA CORPORATION HOURLY EMPLOYEES RETIREMENT PLAN and THE NASHUA CORPORATION RETIREMENT PLAN FOR SALARIED EMPLOYEES on behalf of the Plan, and all other plans similarly situated, and participants thereof, <br><br> Plaintiffs, <br><br> v. <br><br> STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL ADVISORS, INC., AND JOHN DOES 1-20, <br><br> Defendants. | 08 Civ. 0265 (unassigned) <br><br> **DECLARATION OF JEROME C. KATZ** |

Jerome C. Katz declares, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a member in good standing of the bar of this Court and a member of Ropes & Gray LLP. I make this declaration in support of the motion by State Street Bank and Trust Company and State Street Global Advisors, Inc., ("State Street") pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, that Harvey J. Wolkoff, Robert A. Skinner, and Olivia S. Choe be admitted *pro hac vice* for all purposes on behalf of State Street in this action.

2. Harvey J. Wolkoff, Robert A. Skinner, and Olivia S. Choe, who are partners or associates of Ropes & Gray LLP, are fully familiar with this action.

3. Harvey J. Wolkoff, Robert A. Skinner, and Olivia S. Choe are members in good standing of the bar of the Commonwealth of Massachusetts, as evidenced by the annexed certificates.

4. I respectfully request that defendants' motion be granted in all respects. A proposed order is enclosed herewith.

I declare, under penalty of perjury, that the foregoing is true and correct.


Executed on February 1. 2008.

                                        _____
                                        Jerome C. Katz
                                        ROPES & GRAY LLP
                                        1211 Avenue of the Americas
                                        New York, NY 10036-8704
                                        jerome.katz@ropesgray.com
                                        (212) 596-9000

                                        *Attorneys for Defendants State Street Bank
                                        And Trust Company and State Street Global
                                        Advisors, Inc.*

7292883_1.DOC

## CERTIFICATE OF SERVICE

I, Charles R. Brustman, hereby certify that copies of the foregoing **NOTICE OF**

**MOTION FOR ADMISSION *PRO HAC VICE*** were caused to be served this 1st day of

February, 2008, upon the following in the manner indicated:

### BY U.S. MAIL

Jeffrey C. Block
Patrick T. Egan
Kristen D. Tremble
BERMAN, DEVALERIO, PEASE,
TABACCO, BURT & PUCILLO
One Liberty Square
Boston, Massachusetts 02109


Anne F. O'Berry
Esperante Building
222 Lakeview Avenue
Suite 900
West Palm Beach, FL 33401

*Attorneys for Nashua Corporation  Pension Plan Committee,*
*John L. Patenaude, Margaret Callan and Karen Adams*

Charles R. Brustman

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

————

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-second** day of **December** A.D. **1975**, said Court being the highest Court of Record in said Commonwealth:

## Harvey J. Wolkoff

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-second** day of **January** in the year of our Lord **two thousand and eight**.

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

————

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-first** day of **December** A.D. **1994** , said Court being the highest Court of Record in said Commonwealth:

### Robert A. Skinner

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-second** day of **January** in the year of our Lord **two thousand and eight**.

**MAURA S. DOYLE,** Clerk

---

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

———————

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **fourteenth** day of **January** A.D. **2005**, said Court being the highest Court of Record in said Commonwealth:

## Olivia S. Choe

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-second** day of **January** in the year of our Lord **two thousand and eight.**

**MAURA S. DOYLE,** Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| NASHUA CORPORATION PENSION PLAN COMMITTEE, JOHN L. PATENAUDE, MARGARET CALLAN and KAREN ADAMS, TRUSTEES OF THE NASHUA CORPORATION HOURLY EMPLOYEES RETIREMENT PLAN and THE NASHUA CORPORATION RETIREMENT PLAN FOR SALARIED EMPLOYEES on behalf of the Plan, and all other plans similarly situated, and participants thereof,<br><br>Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL ADVISORS, INC., AND JOHN DOES 1-20,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 08 Civ. 0265 (unassigned)<br><br>**ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE** |

Upon the motion of defendants State Street Bank and Trust Company and State Street Global Advisors, Inc., ("State Street") pursuant to Rule 1.3(c) of the Local Civil Rules, for an order admitting Harvey J. Wolkoff, Robert A. Skinner, and Olivia S. Choe *pro hac vice* for all purposes on behalf of State Street in this action, and for good cause shown, it is hereby

ORDERED that the motion is GRANTED in all respects.

Dated: New York, New York

_____ ____, 2008

_____
United States District Judge

7291174_1.DOC