UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NASHUA CORPORATION PENSION PLAN COMMITTEE, JOHN L. PATENAUDE, MARGARET CALLAN and KAREN ADAMS, TRUSTEES OF THE NASHUA CORPORATION HOURLY EMPLOYEES RETIREMENT PLAN and THE NASHUA CORPORATION RETIREMENT PLAN FOR SALARIED EMPLOYEES on behalf of the Plan, and all other plans similarly situated, and participants thereof,<br><br>Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL ADVISORS, INC., AND JOHN DOES 1-20<br><br>Defendants. | Civil Action No. 08-CV-0265<br><br><br>MOTION TO ADMIT<br>COUNSEL PRO HAC VICE |



PURSUANT TO RULE 1.3 (c) of the Local Rules of the United States District Court for the Southern District of New York, I, Jeffrey C. Block, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Kristen D. Tremble
    Berman DeValerio Pease Tabacco Burt & Pucillo
    One Liberty Square, 8th Floor
    Boston, Massachusetts 02109
    (T) 617-542-8300
    (F) 617-542-1194

Kristen D. Tremble is a member in good standing of the Bar of the State of Maryland and the District of Columbia. There are no pending disciplinary proceeding against Kristen D. Tremble in any State or Federal Court.

Dated: February 4, 2008

Respectfully Submitted,

By: _____
    Jeffrey C. Block, Esq. (JCB 0387)
    Patrick T. Egan, Esq.
    Kristen D. Tremble, Esq.
    One Liberty Square
    Boston, Massachusetts 02109
    Telephone: (617) 542-8300
    Facsimile: (617) 542-1194

*Counsel for Nashua Corporation Pension Plan Committee, John L. Patenaude, Margaret Callan and Karen Adams*

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 2/4/08.

_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NASHUA CORPORATION PENSION PLAN COMMITTEE, JOHN L. PATENAUDE, MARGARET CALLAN and KAREN ADAMS, TRUSTEES OF THE NASHUA CORPORATION HOURLY EMPLOYEES RETIREMENT PLAN and THE NASHUA CORPORATION RETIREMENT PLAN FOR SALARIED EMPLOYEES<br><br>on behalf of the Plan, and all other plans similarly situated, and participants thereof,<br><br>Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL ADVISORS, INC., AND JOHN DOES 1-20<br><br>Defendants. | Civil Action No. 08-CV-0265<br><br>**AFFIDAVIT OF JEFFREY C. BLOCK IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

Jeffrey C. Block, being duly sworn, hereby deposes and says as follows:

1. I am counsel for Plaintiffs in the above captioned actions. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs motion to admit Kristen D. Tremble as counsel pro hac vice to represent Plaintiff's in this matter.

2. I am a member in good standing of the Bar of the State of New York, and was admitted to practice law in 1987. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Kristen D. Tremble since October of 2007.

4. Kristen D. Tremble is an attorney at Berman DeValerio Pease Tabacco Burt & Pucillo

5. I have found Kristen D. Tremble to be a skilled attorney and a person of integrity. She is

experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.  Accordingly, I am pleased to move the admission of Kristen D. Tremble, pro hac vice.

7.  I respectfully submit a proposed order granting the admission Kristen D. Tremble, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Kristen D. Tremble, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.


Dated: February 4, 2008

Respectfully Submitted,

By: _____
Jeffrey C. Block, Esq. (JCB 0387)
Patrick T. Egan, Esq.
Kristen D. Tremble, Esq.
One Liberty Square
Boston, Massachusetts 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194

*Counsel for Nashua Corporation Pension Plan Committee, John L. Patenaude, Margaret Callan and Karen Adams*



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

    Kristen D. Tremble

was on the 10th day of January, 2005 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

> In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 24, 2008.
>
> GARLAND PINKSTON, JR., CLERK
>
> By: _____
>              Deputy Clerk

# Court of Appeals of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Alexander L. Cummings, Clerk of the Court of Appeals of Maryland, do hereby certify that on the nineteenth day of December, 2002,

### Kristen D. Tremble

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

*In Testimony Whereof,* I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this twenty-eighth day of January, 2008.

*Alexander L. Cummings*
Clerk of the Court of Appeals of Maryland

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NASHUA CORPORATION PENSION PLAN COMMITTEE, JOHN L. PATENAUDE, MARGARET CALLAN and KAREN ADAMS, TRUSTEES OF THE NASHUA CORPORATION HOURLY EMPLOYEES RETIREMENT PLAN and THE NASHUA CORPORATION RETIREMENT PLAN FOR SALARIED EMPLOYEES<br><br>on behalf of the Plan, and all other plans similarly situated, and participants thereof,<br><br>Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL ADVISORS, INC., AND JOHN DOES 1-20<br><br>Defendants. | Civil Action No. 08-CV-0265<br><br><br><br>**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |

Upon the motion of Jeffrey C. Block attorney for Plaintiffs in the above captioned case and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that:

> Kristen D. Tremble
> Berman DeValerio Pease Tabacco Burt & Pucillo
> One Liberty Square, 8th Floor
> Boston, Massachusetts 02109
> (T) 617-542-8300
> (F) 617-542-1194
> ktremble@bermanesq.com

is admitted to practice pro hac vice as counsel for Plaintiffs in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing

before this Court are subjected to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward pro hac vice fee to the Clerk of the Court.

Dated:

City, State:

_____
United States District/Magistrate Judge