UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/08
```

NASHUA CORPORATION PENSION PLAN )
COMMITTEE, JOHN L. PATENAUDE, )
MARGARET CALLAN and KAREN ADAMS, )
TRUSTEES OF THE NASHUA )
CORPORATION HOURLY EMPLOYEES )
RETIREMENT PLAN and THE NASHUA )
CORPORATION RETIREMENT PLAN FOR )
SALARIED EMPLOYEES on behalf of the )
Plan, and all other plans similarly situated, and )
participants thereof, )
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　Plaintiffs, )
　　　　　　　　　　　　　　　　　　　　)
v. )
　　　　　　　　　　　　　　　　　　　　)
STATE STREET BANK AND TRUST )
COMPANY, STATE STREET GLOBAL )
ADVISORS, INC., AND JOHN DOES 1-20, )
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　Defendants. )
_____)

07 Civ. 8488 (RJH)
08 Civ. 0265 (unassigned)

**ORDER GRANTING MOTION
FOR ADMISSION
PRO HAC VICE**

Upon the motion of defendants State Street Bank and Trust Company and State Street Global Advisors, Inc., ("State Street") pursuant to Rule 1.3(c) of the Local Civil Rules, for an order admitting Harvey J. Wolkoff, Robert A. Skinner, and Olivia S. Choe *pro hac vice* for all purposes on behalf of State Street in this action, and for good cause shown, it is hereby

ORDERED that the motion is GRANTED in all respects.

Dated: New York, New York
　　　　Feb.　　　21, 2008

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

7291174_1.DOC